# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANDY LEE TURNER

NO.  2020 KW 0274

APR 2 8 2020

In Re:    Randy Lee Turner, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          717086.

BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

WRIT DENIED.

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT